**Order entered August 1, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00190-CV

### IN THE MATTER OF Z.J., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-00958-X**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on July 24, 2019, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
         PRESIDING JUSTICE